IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| TIFFANIE F. DURRELL,<br><br>Plaintiff,<br><br>vs.<br><br>COMMISSIONER,<br>Social Security Administration,<br><br>Defendant. | Case No. 6:19-cv-01757-MO<br><br>JUDGMENT |

Pursuant to the Order for Remand (ECF No. 30) entered on November 8, 2023, this case is reversed and remanded for further administrative proceedings. Judgment is entered for Plaintiff and this case is closed.

DATED this 5th day of December 2023.

MICHAEL W. MOSMAN
United States District Court Judge

Proposed Order submitted by:
Brent Wells
WELLS, MANNING, EITENMILLER & TAYLOR, P.C.
474 Willamette Street, Eugene, OR 97401
(541) 686-1969
bwells@wmetattorneys.com
Of Attorneys for Plaintiff